# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| COMPASS BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | CV-08-C-1347-S |
| OLD REPUBLIC INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Come now Plaintiff Compass Bank by and through its undersigned counsel, and hereby voluntarily dismisses, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), any and all claims in this action as to Defendant Old Republic Insurance Company, WITHOUT PREJUDICE, costs taxed as paid.

s/ JOHN D. MAYO
One of the Attorneys for Plaintiff
Compass Bank

OF COUNSEL:
E. Glenn Waldrop, Jr. (WALDG7740)
Email: gwaldrop@lightfootlaw.com
John D. Mayo (MAYOJ2469)
Email: jmayo@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
Telephone: (205) 581-0700
Facsimile: (205) 581-0799

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of October, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

      John R. Heitkamp, Jr., Esq.
      Deputy General Counsel
      Old Republic Insurance Company
      307 North Michigan Avenue
      Chicago, Illinois  60601

      Respectfully submitted,

      s/ JOHN D. MAYO